UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PERCY BENGAMIN SMITH, JR. | CIVIL ACTION |
| VERSUS | NUMBER: 12-1551 C/W<br>12-1906 (REF: BOTH CASES) |
| ROBERT CROWE, <u>ET</u> <u>AL</u>. | SECTION: "F"(5) |

O R D E R

The Court, having considered the complaints, the records, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's suits are **DISMISSED** for failure to prosecute pursuant to Local Rule 41.3.1E and Rule 41(b), Federal Rules of Civil Procedure.

New Orleans, Louisiana, this 4th day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE